UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 12-24105-CIV-MORENO**

ELIAS BAQUERO, as the Personal Representative of the Estate of Freya A. Baquero, as Assignee of South Florida Urgent Care Center, Inc., and Frank A. Don, D.O.,

    Plaintiff,

vs.

LANCET INDEMNITY RISK RETENTION GROUP, INC.,

    Defendant.
_____/

## **VERDICT FORM**

WE THE JURY, return the following verdict:

Did Dr. Hossein Joukar, M.D., as the representative of the insured Rite Care, make any material misrepresentation when he signed the "Statement of No Known Claims" on December 29, 2009 related to Mrs. Baquero's death?

    YES __X__     or     NO _____

If your answer is YES, then your verdict is in favor of Defendant Lancet. If your answer is NO, your verdict is for the Plaintiff Baquero.

Please date and sign the verdict form.

SO SAY WE ALL THIS __09__ day of December, 2014.