UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **12-24105-CIV-MORENO**

ELIAS BAQUERO, as the Personal Representative of the Estate of Freya A. Baquero, as Assignee of South Florida Urgent Care Center, Inc.,

    Plaintiff,

vs.

LANCET INDEMNITY RISK RETENTION GROUP, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on **December 9, 2014**, judgment is entered in favor of the Defendant Lancet Indemnity Risk Retention Group, Inc. and against Plaintiff Elias Baquero.

DONE AND ORDERED in Open Court at Miami, Florida, this 9th day of December, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record