UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-24105-FAM

ELIAS BAQUERO, as the Personal
Representative of the Estate of
Freya A. Baquero, as Assignee of South
Florida Urgent Care Center, Inc. and
Frank A. Don, D.O.,

       *Plaintiff*,

v.

LANCET INDEMNITY RISK RETENTION
GROUP, INC., and LEXINGTON INSURANCE
COMPANY,

       *Defendants*.
_____/

**NOTICE OF APPEAL**

Elias Baquero, as the Personal Representative of the Estate of Freya A. Baquero and as assignee of South Florida Urgent Care Center, Inc., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment dated December 9, 2014 [D.E. 128] and the Order Denying Motion for New Trial, in the Alternative, an Order Granting Judgment as a Matter of Law Notwithstanding the Verdict dated January 9, 2015 [D.E. 135], entered after a jury trial. The Final Judgment is attached as Exhibit A and the Order is attached as Exhibit B.

CASE NO. 1:12-cv-24105-FAM

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, FL  33131
(305) 577-3996
(305) 577 3558 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**
Florida Bar No. 0079170
smarino@vpl-law.com
**Danya J. Pincavage**
Fla. Bar No. 0014616
dpincavage@vpl-law.com
*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 4th day of February, 2015 on all counsel of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**


## SERVICE LIST

| | |
|---|---|
| Stephen A. Marino, Jr., Esq. | John David Dickenson, Esq. |
| Danya J. Pincavage, Esq. | Cozen O'Connor |
| Ver Ploeg & Lumpkin, P.A. | One North Clematis Street |
| 100 S.E. Second Street, 30th Floor | Suite 510 |
| Miami, FL  33131 | West Palm Beach, Florida 33401 |
| Tel: (305) 577-3996 | Tel: (561) 515-5260 |
| Fax: (305) 577 3558 | Fax: (561) 515-5228 |
| smarino@vpl-law.com | jdickenson@cozen.com |
| dpincavage@vpl-law.com | |
| *Counsel for Plaintiff* | |

CASE NO. 1:12-cv-24105-FAM

Matthew B. Criscuolo, Esq.
Cozen O'Connor
One North Clematis Street
Suite 510
West Palm Beach, Florida 33401
    And
Southeast Financial Center
200 South Biscayne Blvd.
Suite 4410
Miami, Florida 33131
Tel: (305) 742-0282
Fax: (786) 220-0203
mcriscuolo@cozen.com

*Counsel for Defendant Lancet Indemnity Risk Retention Group, Inc.*